IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA - (PHOENIX)

In re:

**CURTIS, DEAN M**
**CURTIS, DANA**

**Debtor**

**In Proceedings Under**
Bankruptcy Chapter 13
2:09-BK-02245-GBN

**ARIZONA DEPARTMENT OF REVENUE'S WITHDRAWAL OF PROOF OF CLAIM**

The Arizona Department of Revenue hereby withdraws its Proof of Claim, dated 02/19/2009, in the amount of $2,087.00. A copy of the claim is attached hereto.

**Dated this 03/11/2009**

ARIZONA DEPARTMENT OF REVENUE

Bankruptcy and Litigation Section
1600 West Monroe Street
Phoenix, AZ 85007



# STATE OF ARIZONA - PROOF OF CLAIM FOR ARIZONA DEPARTMENT OF REVENUE

United States Bankruptcy Court for the District of Arizona - (Phoenix)
**ORIGINAL**

In the Matter of: **CURTIS, DEAN M**
**CURTIS, DANA**

Case Number: 2:09-BK-02245-GBN
Chapter: Bankruptcy Chapter 13
Taxpayer ID: XXX-XX-1827
XXX-XX-2424
Tax Type: IND
Petition Date: 02/11/2009

| Total Priority: | $2,087.00 |
|---|---|
| **Amount Due as of this Statement:** | **$2,087.00** |

1. The undersigned is the agent of the Arizona Department of Revenue and is authorized to make this proof of claim on its behalf.
2. The Debtor was at the time of the filing of the petition initiating this case, and still is, indebted to the State of Arizona.
3. The amount of all payments on this claim have been credited and deducted for the purpose of making this claim.
4. The grounds for the liability are for taxes due under the Arizona Revised Statutes.
    a. Secured Lien(s) in the event there is insufficient property for the lien to attach, all claims so entitled will be treated as priority under 11 USC Section 507(a)(8).

    b. Unsecured Priority under Section 507(a)(8) of the Bankruptcy Code

| Tax Type | Memo | Period | Tax | Penalty | Interest | Total |
|---|---|---|---|---|---|---|
| IND | Est. due to non-filing | 12/31/2008 | $2,087.00 | $0.00 | $0.00 | $2,087.00 |
| | | | | | **Total Section Priority:** | **$2,087.00** |

   c. Amounts claimed as Priority under Section 1305
   d. Unsecured General Claims

**Amount Due as of this Statement:** **$2,087.00**

5. No note or other negotiable instrument has been received for the account or any part of it, except
6. No judgement has been rendered on this claim, except...
7. The Department may have a right to setoff. The Department does not waive such right.
8. Make checks payable to the "ARIZONA DEPARTMENT OF REVENUE".
9. All tax returns shall be filed directly with the Arizona Department of Revenue, Bankruptcy Section.

ARIZONA DEPARTMENT OF REVENUE
BANKRUPTCY LITIGATION SECTION
1600 West Monroe Street
Phoenix, AZ 85007

Signed: _____

Dated: 02/19/2009

Erlinda B. Duarte
Bankruptcy and Litigation Section
Phone: (602) 716-6727

**ORIGINAL and ONE COPY FILED ON:**

**02/19/2009**

    CURTIS, DEAN
    Debtor(s)

    BROWN, RUSSELL  CHAPTER 13 TRUSTEE
    SUITE 800 3838 NORTH CENTRAL
    PHOENIX AZ 85012-1965