**IT IS HEREBY DENIED.**

Denied without prejudice for lack of prosecution.

Dated: January 14, 2010



_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

1 Alan M. Levinsky (SBN: 006702)
**BUCHALTER NEMER**
16435 North Scottsdale Road, Suite 440
Scottsdale, AZ 85254-1754
Telephone: (480) 383-1800
Facsimile: (480) 824-9400
Email: alevinsky@buchalter.com

Attorneys for Creditor

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

In re:

DEAN M. CURTIS, JR., and
DANA M. CURTIS,

Debtors,

**Chapter 13**

**No.: 2:09-bk-02245 GBN**

**ORDER REGARDING CLARIFICATION OF THE DEBTORS' CHAPTER 13**

This matter coming before the Court pursuant to secured Creditor AMERICA'S CREDIT UNION f/k/a KRAFT AMERICA CREDIT UNION ("AMERICA'S CREDIT UNION") Request for Clarification of Debtors' Chapter 13 Plan concerning their two secured claims and the Court after noting that there was no response or objection to the Request and therefore finding good cause, hereby orders as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the 2007 CHEVROLET SILVERADO, VIN: 1GCEC19V47Z170241 is to be paid as secured, the amount of $29,411.83.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Debtors pay the 2007 CHEVROLET TAHOE, VIN: 1GNFK13027R100720 in the secured amount of $24,424.39.

A4226.0002 BN 4735957v1

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Order shall be incorporated into the final confirmation Order when confirmed.

DATED this _____ day of _____, 2009.

_____
U.S. BANKRUPTCY JUDGE

COPY of the foregoing mailed this
_6th_ day of November, 2009, to:

Dean M. Curtis, Jr.
Dana M. Curtis
324 W. El Camino Dr.
Phoenix, Arizona 85021
Debtors

Joseph W. Charles
P.O. Box 1737
Glendale, Arizona 85311
Attorney for Debtors

Russell Brown
3838 North Central Ave., Suite 800
Phoenix, Arizona 85012
Trustee

*/s/ Cathy C. Bohnsack*

A4226.0002 BN 4735957v1

-2-