Alan M. Levinsky (SBN: 006702)
**BUCHALTER NEMER**
16435 North Scottsdale Road, Suite 440
Scottsdale, AZ 85254-1754
Telephone: (480) 383-1800
Facsimile: (480) 824-9400
Email: alevinsky@buchalter.com

Attorneys for Creditor

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>DEAN M. CURTIS, JR., and<br>DANA M. CURTIS,<br><br>Debtor(s), | **Chapter 13**<br><br>**No. 2:09-bk-02245 GBN**<br><br>**NOTICE OF HEARING** |

NOTICE IS HEREBY GIVEN, that a Hearing re: AMERICA'S CREDIT UNION f/k/a KRAFT AMERICA CREDIT UNION's Request for Clarification of Debtors' Chapter 13 Plan will be heard on February 1, 2010 at 10:15 a.m., at the United States Bankruptcy Court, 230 North First Ave., 7th Floor, Room 702, Phoenix, Arizona.

RESPECTFULLY SUBMITTED this _21st_ day of January, 2010.

BUCHALTER NEMER


By:/s/ AML - #006702
    Alan M. Levinsky
    16434 North Scottsdale Road, Suite 440
    Scottsdale, AZ 85254-1754
    Attorneys for Movant

F3068.2082 BN 5131361v1

| | |
|---|---|
| 1 | COPY of the foregoing mailed this<br>_21st_ day of January, 2010, to the following: |
| 2 | |
| 3 | Dean M. Curtis, Jr.<br>Dana M. Curtis<br>324 W. El Camino Dr. |
| 4 | Phoenix, Arizona 85021<br>Debtors |
| 5 | |
| 6 | Joseph W. Charles<br>P.O. Box 1737<br>Glendale, Arizona 85311 |
| 7 | Attorney for Debtors |
| 8 | Russell Brown<br>3838 North Central Ave., Suite 800 |
| 9 | Phoenix, Arizona 85012<br>Trustee |
| 10 | |
| 11 | */s/ Cathy C. Bohnsack* |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |