| | |
|---|---|
| 1<br>2<br>3<br>4 | Russell Brown<br>CHAPTER 13 TRUSTEE<br>Suite 800<br>3838 North Central Avenue<br>Phoenix, Arizona 85012-1965<br>602.277.8996<br>Fax 602.253.8346 |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>DEAN M. CURTIS, JR.,<br><br>and<br><br>DANA M. CURTIS,<br><br>Debtors. | In Proceedings Under Chapter 13<br><br>Case No. 2-09-BK-02245 GBN<br><br>**TRUSTEE'S RECOMMENDATION ON AMENDED PLAN**<br><br>(6/16/10) |

The Trustee has reviewed the Amended Plan, Schedules, and Statement of Financial Affairs. Trustee notes the following problems, which must be resolved before recommending confirmation of the Plan:

(1) Trustee requests a copy of the 2009 federal and state income tax returns, along with all attachments, forms, schedules and statements.

(2) Other requirements:

(a) Due to the possibility of errors on the claims docket, it is the attorney's responsibility to review all proofs of claim filed with the Court and resolve any discrepancies between the claims and the Plan prior to submitting any proposed Order Confirming Plan to the Trustee.

(b) Requests by the Trustee for documents and information are not superseded by the filing of an amended plan or motion for moratorium.

(c) The Trustee will object to any reduction in the Plan duration or payout in a proposed Order Confirming Plan unless an amended or modified plan is filed and noticed out.

(d) The Trustee requires that any proposed Order Confirming Plan state: "The Plan and this Order shall not constitute an informal proof of claim for any creditor."

(e) To expedite the order review process, counsel must use the recommended form for the order confirming plan found at http://www.maney13trustee.com/mcforms2.htm. The order confirming plan must be accompanied by a cover letter that goes over the Trustee's Recommendation items by each paragraph. If counsel fails to use the order form and provide such letter, the Trustee will reject the proposed order outright and the time to comply with the Recommendation is not extended.

(f) Any order confirming plan to provide that the Debtors will give the Trustee a copy of the 2010 and 2011 federal and state income tax returns, including all attachments, forms, schedules and statements, within fifteen days of filing them.

SUMMARY: Pursuant to Local Rule 2084-10, **by June 16, 2010,** Debtors are to resolve all of the above issues and provide the Trustee with a proposed order confirming amended plan that meets the above requirements, or the Trustee could lodge a dismissal order.

Copy mailed to:

Dean M. Curtis, Jr.
Dana M. Curtis
324 West El Camino Drive
Phoenix, Arizona   85021
Debtors

Joseph W. Charles
Attorney at Law
P.O. Box 1737
Glendale, Arizona   85311
Attorney for Debtors