

**ORDERED ACCORDINGLY.**

JOSEPH W. CHARLES, P.C.
5704 West Palmaire Avenue
P.O. Box 1737
Glendale, Arizona 85311-1737
Tel:  623-939-6546
Fax:  623-939-6718
Email:  LawOffice@joecharles.com

Dated: June 11, 2010

_____
GEORGE B. NIELSEN, JR
U.S. Bankruptcy Judge

JOSEPH W. CHARLES, #003038
Attorneys for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In re:<br><br>DEAN M. CURTIS and<br>DANA M. CURTIS,<br><br>        Debtor(s). | In Proceedings Under Chapter 13<br><br>Case No. 2:09-bk-02245-GBN<br><br>**ORDER GRANTING EXTENSION OF TIME TO COMPLY WITH TRUSTEE'S RECOMMENDATIONS** |

Pursuant to Debtors Motion for Extension of Time to Comply with Trustee's Recommendations, and good cause appearing,

IT IS HEREBY ORDERED that an extension of the deadline to comply with the Trustee's Recommendations is hereby granted until August 2, 2010.

DATED this ___ day of _____, 2010.

_____
Honorable George B. Nielsen, Jr.
United States Bankruptcy Court